FILED IN
COURT OF CRIMINAL APPEALS

December 22, 2015

ABEL ACOSTA, CLERK

77052
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/21/2015 10:35:28 PM
Accepted 12/22/2015 7:56:48 AM
ABEL ACOSTA
CLERK

AP 77,052

| | | |
|---|---|---|
| STEVEN ALAN THOMAS | * | IN THE COURT |
| Appellant | * | |
| | | |
| VS. | * | OF CRIMINAL APPEALS |
| | * | |
| | * | OF TEXAS |
| | | |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN, TEXAS |

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLATE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL

APPEALS:

COMES NOW, STEVEN THOMAS, Appellant, and files this Motion for an

Extension in which to file the Appellant's Brief.  In support of this motion,

appellant shows the Court the following:

**I**.

Appellant was convicted in the 26th  District Court of Williamson County,

Texas of the offense of Capital Murder. The Appellant was assessed Death.

Appellant was sentenced on January 27, 2014.

**II.**

The deadline for filing the Appellant's Brief is December 21, 2015 and

Appellant has requested **one** previous extensions.

**III.**

Attorney for the Appellant would further show the Court that he has been diligent in preparing Appellant's brief in this case. Counsel has received the voluminous record in this cause, but due to a very busy docket, and extreme size of the record is unable to complete the Appellant's brief within the time frame. Counsel requests an extension of time so that he may adequately prepare Appellant's Brief.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Appellant's Brief to February 8, 2016.

Respectfully Submitted,

**ARIEL PAYAN**
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)

  /s/ Ariel Payan
ARIEL PAYAN
State Bar No. 00794430
Arielpayan@hotmail.com

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellate Brief has been delivered to the Criminal District Attorney of said County Texas, on December 21, 2015 either by placing the same in the United States Mail, facsimile or electronic transmission or by hand delivering the same.